**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Bryan Lopez-Melgoza, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Experian, PLC, Experian Credit Advisors, | ) | CASE NO. 2:25-cv-13216-RMG |
| Inc., Experian Inc., Experian Information | ) | |
| Services, Inc., Experian Information | ) | |
| Solutions, Inc. | ) | |
| | ) | |
| Defendants. | | |

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendants Experian Credit Advisors, Inc. and Experian Information Solutions, Inc. (collectively, the "Experian Defendants"), by and through their undersigned counsel, hereby file this Notice of Removal of the above-captioned action to this Court and states as follows:

1.      Experian, PLC, Experian Credit Advisors, Inc., Experian Inc., Experian Information Services, Inc., Experian Information Solutions, Inc. are named as Defendants in Civil Action No. 2025-CP-18-02187 filed by Plaintiff Bryan Lopez-Melgoza ("Plaintiff") in the Court of Common Pleas of Dorchester County in the State of South Carolina (the "State Court Action").

2.      The Complaint in the State Court Action was filed on September 23, 2025.

3.      The Experian Defendants were served with Plaintiff's Complaint on September 30, 2025.

4. Upon information and belief, Experian, PLC, Experian Inc., and Experian Information Services, Inc. are not incorporated or doing business and do not exist as corporate entities.[1]

5. This Notice is being filed with this Court within thirty (30) days after the Experian Defendants received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. This Court is the proper district court for removal because the State Court Action is pending within this district.

7. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian Defendants are attached hereto as Exhibit A.

8. Experian Information Solutions, Inc. ("Experian") is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

9. On information and belief, the claims for relief against Experian Defendants alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed

---

[1] Counsel for the Experian Defendants informed Plaintiff's counsel of this before filing this notice of removal.

to this United States District Court pursuant to 28 U.S.C. § 1441(a). The district court has supplemental jurisdiction over the state-law claims under 28 U.S.C. § 1367.

10.    Experian, PLC expressly represented to counsel for the Experian Defendants that it consents to removal of the above-captioned action to this Court and has given the Experian Defendants express permission to represent that they consent to removal. *See Mayo v. Bd of Educ.,* 713 F.3d 735 (4th Cir. 2013). Because Experian, PLC, Experian Inc., and Experian Information Services, Inc. are not incorporated or doing business and do not exist as corporate entities, the Experian Defendants are informed and believe that their consent to removal is not required.

11.    Promptly after the filing of this Notice of Removal, Experian Defendants shall provide notice of the removal to Plaintiff, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

RESPECTFULLY SUBMITTED, this the 30th day of October, 2025.

Respectfully submitted,

*/s/ Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant (Fed ID No. 11506)
ADAMS AND REESE LLP
1221 Main Street, Suite 1220
Columbia, South Carolina 29201
Telephone:  803-254-4190
lyndey.bryant@arlaw.com

*Counsel for Defendant Experian Credit Advisors, Inc. and Experian Information Solutions, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing. Notice of Removal with the Clerk of Court using the Court's CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties, listed below, will be served by first-class, United States Mail, postage prepaid, and electronic mail. Parties may access this filing through the Court's electronic filing system.

Barrett R. Brewer
Amanda F. Davis
Robert Sankey
510 Mill Street, Suite 2B
Mt. Pleasant, SC 29564
barrett@brewerlawfirmsc.com
amanda@brewerlawfirmsc.com
bobby@brewerlawfirmsc.com
*Attorneys for Plaintiff*

/s/ *Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant (Fed ID No. 11506)
ADAMS AND REESE LLP
1221 Main Street, Suite 1220
Columbia, South Carolina 29201
Telephone: 803-254-4190
lyndey.bryant@arlaw.com

*Counsel for Defendant Experian Credit Advisors, Inc. and Experian Information Solutions, Inc.*

4